# IN THE UNITED STATES BANRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| IN RE.: | * | CASE NO. 14-04631 |
|---|---|---|
| JUAN MORA ROMAN | * | |
| MARIA I. JOVE RAMOS | * | |
| Debtors | * | CHAPTER 12 |

## MOTION TO AMEND SCHEDULES B, C, D, E, F, AND G

**TO THE HONORABLE COURT:**

Here comes the Debtors in Possession **JUAN MORA ROMAN AND MARIA I. JOVE RAMOS** through the undersigned attorney and respectfully shows and prays:

1. The schedule B has been amended to inform correct animal value and description.

2. The schedule C has been amended to inform correct value of claim exemption for farming equipment.

3. The schedule D has been amended to inform correct amount owed to creditors and to include creditor IRS.

4. The schedule E has been amended to inform correct amount owed to creditors IRS.

5. The schedule F has been amended inform correct amount owed to creditors and to include creditor.

6. The schedule G has been amended to inform correct executory contract information.

**WHEREFORE**, the Debtor very respectfully request to this Honorable court that this petition be amended according to this motion.

**I HEREBY CERTIFY**: that on this date I electronically filed the above document with the Clerk of the court using an CM/ECF System which sends notification of such filing to Trustee, and to any creditors if any CM/ECF user. I further certify that I have served this notice by depositing true and correct copy thereof in the United States Mail, to non user creditors.

In Mayaguez, Puerto Rico, this 2nd day of July 2014.

*/s/Lcdo. Homel Mercado Justiniano*
*USDC- PR - 229705*
*Urb. Sultana*
*Calle Malaga 75*
*Mayagüez, PR 00680-4714*
*(787) 831-3577 & 805-2945*
*Email: hmjlaw2@gmail.com*

B6B (Official Form 6B) (12/07)

IN RE MORA ROMAN, JUAN EDGARDO & JOVE RAMOS, MARIA INES          Case No. 14-04676-MCF
                                    Debtor(s)                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on Hand | J | 400.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Firstbank CheckingAccount #3809003363 | J | 1,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Deposits with public utilities | J | 200.00 |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | Household goods: stove $300, washer $400, tv set $200, refrigerator $300, bedroom set $400, livingroom set $300, diningroom set $200, radio $50, miscellanous appliances $400 | J | 2,550.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothing | J | 600.00 |
| 7. Furs and jewelry. | | Jewelry | J | 1,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE MORA ROMAN, JUAN EDGARDO & JOVE RAMOS, MARIA INES         Case No. 14-04676-MCF
　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Account receivable: Incentive $8000 for cows | J | 8,000.00 |
| | | Account receivable: Incentive for transportation of produce (milk) $500 | J | 500.00 |
| | | Account receivable: incentive of production $2,100 | J | 2,100.00 |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1990 Ford 350 | J | 1,800.00 |
| | | 2000 Nissan Pathfinder | J | 1,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | Food for animals 60 "quintales" @ $18.40 each | J | 1,104.00 |
| | | Inventory: 28,500 litros de cuota de leche @ $15.00 | J | 427,500.00 |

B6B (Official Form 6B) (12/07) - Cont.

IN RE MORA ROMAN, JUAN EDGARDO & JOVE RAMOS, MARIA INES   Case No. 14-04676-MCF
                                    Debtor(s)                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 31. Animals. | | 20 young calfs less than a year old @ $125 | J | 2,500.00 |
| | | 20 young calfs more than a year old @$250 | J | 5,000.00 |
| | | 24 Pregnant Calfs @$1,300 | J | 31,200.00 |
| | | 3 Bulls @ $500 | J | 1,500.00 |
| | | 65 milking cows @ $1,400 | J | 91,000.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | | Chopper New Holland | J | 1,500.00 |
| | | Electric Generator Onan | J | 800.00 |
| | | Milk Extraction equipment: Milk tank Universal (2000 liters) $2000; Milk extraction pump Westfalia $1800; milk pump $500; Stainles steel pipe $1,000, receiving trap $600; "pulsador " $400; stainless steel empty tank $200. milk extraction machine (10-Boumatic) $750; 6000 galon steel tank $700; presure washer pump $200, "carreton" $700; 5 metal drinking stations $800; milk tank (3000 liters) $2,000 | J | 11,650.00 |
| | | Mixer Taylor (scrap) | J | 1,000.00 |
| | | Tractor 6610 Ford | J | 3,000.00 |
| | | Tractor 8700 Ford 6 cilinder | J | 2,000.00 |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

TOTAL | 599,404.00

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

___0___ continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/13)

IN RE MORA ROMAN, JUAN EDGARDO & JOVE RAMOS, MARIA INES       Case No. 14-04676-MCF
                                    Debtor(s)                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)
☒ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | 11 USC § 522(d)(1) | 40,300.00 | 40,300.00 |
| Property #1: Debtors residence property built on land parcel of Francisca Roman Delgado (Debtors Aunt) located at SR. 653 Km. 3.3 Arecibo, PR | | | |
| **SCHEDULE B - PERSONAL PROPERTY** | | 400.00 | 400.00 |
| Cash on Hand | 11 USC § 522(d)(5) | 1,000.00 | 1,000.00 |
| Firstbank CheckingAccount #3809003363 | 11 USC § 522(d)(5) | 200.00 | 200.00 |
| Deposits with public utilities | 11 USC § 522(d)(5) | 2,550.00 | 2,550.00 |
| Household goods: stove $300, washer $400, tv set $200, refrigerator $300, bedroom set $400, livingroom set $300, diningroom set $200, radio $50, miscellanous appliances $400 | 11 USC § 522(d)(3) | | |
| Clothing | 11 USC § 522(d)(3) | 600.00 | 600.00 |
| Jewelry | 11 USC § 522(d)(4) | 1,000.00 | 1,000.00 |
| 1990 Ford 350 | 11 USC § 522(d)(2) | 1,800.00 | 1,800.00 |
| 2000 Nissan Pathfinder | 11 USC § 522(d)(2) | 1,500.00 | 1,500.00 |
| Milk Extraction equipment: Milk tank Universal (2000 liters) $2000; Milk extraction pump Westfalia $1800; milk pump $500; Stainles steel pipe $1,000, receiving trap $600; "pulsador " $400; stainless steel empty tank $200. milk extraction machine (10-Boumatic) $750; 6000 galon steel tank $700; presure washer pump $200, "carreton" $700; 5 metal drinking stations $800; milk tank (3000 liters) $2,000 | 11 USC § 522(d)(6) | 4,600.00 | 11,650.00 |

* Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE MORA ROMAN, JUAN EDGARDO & JOVE RAMOS, MARIA INES     Case No. 14-04676-MCF
Debtor(s)     (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2511630-9001<br>Banco Popular De Puerto Rico<br>PO Box 362708<br>San Juan, PR 00936-2708 | | J | Commercial debt secured with a Chattel Mortgage<br>Security: Milk Production Quota<br>Second Rank Lien: Over 21,600 Lt. of milk quota<br>Incurred: 3/31/2005 | | | X | 41,131.75 | 33,523.74 |
| | | | VALUE $ 427,500.00 | | | | | |
| ACCOUNT NO. 2511630-9003<br>Banco Popular De Puerto Rico<br>PO Box 362708<br>San Juan, PR 00936-2708 | | J | Commercial debt secured with a Chattel Mortgage<br>Security: Milk Production Quota<br>Second Rank Lien: Over 21,600 Lt. of milk quota<br>Incurred: 12/26/2006 | | | X | 37,797.69 | 29,680.07 |
| | | | VALUE $ 427,500.00 | | | | | |
| ACCOUNT NO.<br>IRS<br>PO Box 7317<br>Philadelphia, PA 19101-7317 | | J | PR 1040 2006-2013 Real properties as per schedule A #2,#3 and #4 and personal properties of the debtors as per schedule B | | | | 31,485.87 | |
| | | | VALUE $ 613,419.00 | | | | | |
| ACCOUNT NO. 4064021175<br>Oriental Bank & Trust<br>PO Box 195115<br>San Juan, PR 00919 | | J | Commercial debt secured with a Chattel Mortgage<br>Security: Milk Production Quota<br>First lien: Over 28,500 Lt. of milk quota<br>Incurred: 5/24/2007 | | | | 300,000.00 | |
| | | | VALUE $ 427,500.00 | | | | | |
| 1 continuation sheets attached | | | Subtotal (Total of this page) | | | | $ 410,415.31 | $ 63,203.81 |
| | | | Total (Use only on last page) | | | | $ | $ |

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

IN RE MORA ROMAN, JUAN EDGARDO & JOVE RAMOS, MARIA INES  Case No. 14-04676-MCF
Debtor(s) (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Delgado & Fernandez, LLP<br>PO Box 11750<br>San Juan, PR 00910-1750 | | | Assignee or other notification for:<br>Oriental Bank & Trust<br><br>VALUE $ | | | | | |
| ACCOUNT NO. 4064012850<br>Oriental Bank & Trust<br>PO Box 195115<br>San Juan, PR 00919 | | J | Commercial debt secured with a Chattel Mortgage<br>Security: Milk Production Quota<br>First lien: Over 28,500 Lt. of milk quota<br>Incurred: 11/5/2004<br><br>VALUE $ 427,500.00 | | | | 315,000.00 | 187,500.00 |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) $ 315,000.00 | $ 187,500.00

Total (Use only on last page) $ 725,415.31 | $ 250,703.81

(Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/13)

IN RE MORA ROMAN, JUAN EDGARDO & JOVE RAMOS, MARIA INES     Case No. 14-04676-MCF
                                    Debtor(s)                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>IRS<br>PO Box 7317<br>Philadelphia, PA 19101-7317 | | J | Government taxes (FICA 2005, 2006, 2010, 2011, 2012, 2013 and income 2012-2013) | | | | 15,234.75 | 12,430.74 | 2,804.01 |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page) $ 15,234.75 | $ 12,430.74 | $ 2,804.01

Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ 15,234.75

Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ 12,430.74 | $ 2,804.01

B6F (Official Form 6F) (12/07)

IN RE MORA ROMAN, JUAN EDGARDO & JOVE RAMOS, MARIA INES        Case No. 14-04676-MCF
                                    Debtor(s)                                                   (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 10469329-004<br>AAA<br>PO Box 70101<br>San Juan, PR 00936 | | J | Utility bill (2013-2014) | | | | 1,900.00 |
| ACCOUNT NO.<br>Adm Alliance Nutricion Of PR. LLC<br>PO Box 908<br>Hatillo, PR 00659 | | J | Commercial loan | | | | 1,000.00 |
| ACCOUNT NO. 5740501000<br>AEE<br>PO Box 363508<br>San Juan, PR 00939 | | J | Utility bill (2013-2014) | | | | 19,000.00 |
| ACCOUNT NO. 2553<br>Autoridad De Tierras De Puerto Rico<br>Oficina De Cuentas Por Cobrar<br>Apartado 9745<br>Santuirce, PR 00908 | | J | Commercial loan | | | | 40,508.85 |

_1_ continuation sheets attached

Subtotal (Total of this page) $ 62,408.85

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Federacion De Asoc. Pecuarias<br>Zona Portuaria<br>PO Box 2635 Malecon<br>Mayaguez, PR 00681 | | J | Golds sold | | | | 28,924.13 |
| ACCOUNT NO. 4013000024<br>Oriental Bank & Trust<br>PO Box 195115<br>San Juan, PR 00919 | | J | Overdraft | | | | 3,679.80 |
| ACCOUNT NO.<br>Oriental Bank & Trust<br>PO Box 195115<br>San Juan, PR 00919 | | J | Lease agreement deficiency with former Eurobank | | | | 5,000.00 |
| ACCOUNT NO.<br>Pan American Grain, Co. Inc.<br>P/C Arturo Gonzalez Martin<br>Ave. Muniz Marin C-6<br>Caguas, PR 00726 | | J | Commercial loan | | | | 5,000.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 42,603.93

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ 105,012.78

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Isidro Garcia Torrado<br>Carmen Gloria Garcia Mora<br>PO Box 914<br>Arecibo, PR 00613 | 12 years lease agreement for a land parcial of 21 "cuerdas" located in Corcobada Ward, Hatillo, PR Dated 11/2013. Debtor pays $300.00 weekly. |
| Antonio Garcia Torrado<br>Ramona M. Maldonado<br>PO Box 914<br>Arecibo, PR 00613 | 15 years lease agreement for a land parcial of 13.995 "cuerdas" located in Corcobada Ward, Hatillo, PR Dated 12/3/2002. Annual rent: $1,470 first five (5) years, $1,800 second five (5) years, and $2,130 last five (5) years. |
| Haydee Garcia Torrado<br>PO Box 914<br>Arecibo, PR 00613 | Oral agreement for a parcial land of 21 "cuerdas" located in Corcobada Ward, Hatillo, PR Dated 6/2003. Annual rent: $3,220 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE MORA ROMAN, JUAN EDGARDO & JOVE RAMOS, MARIA INES    Case No. 14-04676-MCF
　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　(If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____21____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **July 2, 2014**　　　　　Signature: */s/ JUAN EDGARDO MORA ROMAN*
　　　　　　　　　　　　　　　　　　**JUAN EDGARDO MORA ROMAN**　　　　　　　　　　　　　Debtor

Date: **July 2, 2014**　　　　　Signature: */s/ MARIA INES JOVE RAMOS*
　　　　　　　　　　　　　　　　　　**MARIA INES JOVE RAMOS**　　　　　　　　　　　(Joint Debtor, if any)
　　　　　　　　　　　　　　　　　　[If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____　　　_____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer　　Social Security No. (Required by 11 U.S.C. § 110.)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
Address

_____　　　_____
Signature of Bankruptcy Petition Preparer　　　　　　　　　　　　　　Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____　　　Signature: _____

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　(Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

MORA ROMAN, JUAN EDGARDO
PO Box 1114
Arecibo, PR 00613-1114

Federacion De Asoc. Pecuarias
Zona Portuaria
PO Box 2635 Malecon
Mayaguez, PR 00681

JOVE RAMOS, MARIA INES
PO Box 1114
Arecibo, PR 00613-1114

Haydee Garcia Torrado
PO Box 914
Arecibo, PR 00613

Lcdo. Homel Mercado Justiniano
Urb. Sultana
Calle Malaga 75
Mayagüez, PR 00680-4714

IRS
PO Box 7317
Philadelphia, PA 19101-7317

AAA
PO Box 70101
San Juan, PR 00936

Isidro Garcia Torrado
Carmen Gloria Garcia Mora
PO Box 914
Arecibo, PR 00613

Adm Alliance Nutricion Of PR. LLC
PO Box 908
Hatillo, PR 00659

Oriental Bank & Trust
PO Box 195115
San Juan, PR 00919

AEE
PO Box 363508
San Juan, PR 00939

Pan American Grain, Co. Inc.
P/C Arturo Gonzalez Martin
Ave. Muniz Marin C-6
Caguas, PR 00726

Antonio Garcia Torrado
Ramona M. Maldonado
PO Box 914
Arecibo, PR 00613

Autoridad De Tierras De Puerto Rico
Oficina De Cuentas Por Cobrar
Apartado 9745
Santuirce, PR 00908

Banco Popular De Puerto Rico
PO Box 362708
San Juan, PR 00936-2708

Delgado & Fernandez, LLP
PO Box 11750
San Juan, PR 00910-1750