UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>**JUAN EDGARDO MORA**<br>**MARIA INES JOVE RAMOS**<br><br>Debtors | CASE NO. 14 – 04676 – MCF12<br><br>Chapter 12 |

**EMERGENCY MOTION REQUESTING ENTRY OF ORDER TO STOP DIRECT DEBITS FROM DEBTOR'S MILK PRODUCTION TO ALLOW THE DEBTOR TO RECUPERATE HIS PRODUCTION AND OPERATIONS AFTER THE PASSING OF HURRICANE MARIA**

**TO THE HONORABLE COURT**

**COMES NOW,** the Debtors, JUAN E MORA and MARIA I JOVE, represented by the undersigned attorney and respectfully set forth and pray:

1. On June 5, 2014 JUAN EDGARDO MORA and MARIA INES JOVE RAMOS (the "Debtors") filed a voluntary petition for relief under the provisions of 11 U.S.C. §1201 et. seq., and as of that date they have been managing their affairs and operating their business.

2. The Debtors operate a dairy farm located at Hato Abajo Ward, Rd. 653 Km. 3.4 in Arecibo PR. They have a bi-weekly milk production quota of 28,500 liters. The Debtors

sell their milk production to Suiza Dairy Debtor's Chapter 12 Plan was confirmed on January 23, 2015 (Docket No. 60).

3. To this date the Debtors have been complying with the Chapter 12 Plan payments, which is $1,150.00 (per week), paid from direct debits from milk sales to SUIZA DAIRY CORP. basis to the Chapter 12 Trustee, José R. Carrión Morales.

4. On September 20, 2017 hurricane María passed over Puerto Rico and severely affected Debtors' farm and operations. To summarize the damage made by the hurricane the Debtor:

    a. 5 dead cows

    b. 8 dead calves

    c. Milking Parlor had the "galvalume" (metal roof) destroyed completely.

    d. The Debtor has not given his cows concentrated cow feeding since September 20, 2017 since the grain-processing mill "Federación de Asociaciones Pecuarias", located in Mayaguez PR is not operating. Additionally the inventory of cow feeding in stock was destroyed since the roof keeping it dry was destroyed.

    e. See Sworn Statement included as **EXHIBIT 1**.

5. The Debtors request that this Honorable Court enters an order allowing them to detain payments to the Chapter 12 Trustee for the next 16 weeks. And that the amount of payments due ($1,150.00 per week) will be satisfied by the Debtors on an lump sum amount in the last payment, in the alternative the Debtor will inform the Court, Creditors and the Chapter 12 Trustee in 45 days of their status of his operation and will file a Post Confirmation Modification of their Chapter 12 Plan if ordered or needed.

6. The Debtors have an urgency of the funds debited from production since these funds have to be used to purchase goods for the continuation of their operation on a cash basis, such as diesel and cow feeding. Specifically the Debtors have to procure concentrated cow feeding in one of the two other existing grain mills in Puerto Rico and these purchases by a "new client" to this mills will require him to pay in advance before the order ships to his dairy farm.

7. The amount of time without cow feeding is basically two weeks now and the Debtors have an urgency to fix this before production can no longer be recovered. (cows will basically dry up and will no longer produce milk in the amount needed for sales purposes).

8. The Debtors need these funds to maintain their dairy farm operational while the emergency provoked by hurricane María is resolved.

9. The Debtors request that this Motion is approved on an emergency basis.

10. Debtor's counsel can be contacted by phone on (787) 364 – 3188 and (787) 806 -7119. The email is hmjlaw2@gmail.com.

**WHEREFORE** the Debtors herein request this Honorable Court enters an order allowing them to detain payments to the Chapter 12 Trustee for the next 16 weeks. And that the amount of payments due ($1,150.00 per week) will be satisfied by the Debtors on an lump sum amount in the last payment, in the alternative the Debtors will inform the Court, Creditors and the Chapter 12 Trustee in 45 days of their status of his business operation and will file a Post Confirmation Modification of their Chapter 12 Plan if ordered or needed. The Debtors requests that this Order

is approved retroactive to September 8, 2017, which is the week the weather –related problems began in the mil industry.

**RESPECTFULLY SUBMITTED,**

In Mayaguez, Puerto Rico this 5th day of October of 2017.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**: that on this date I electronically filed the above document with the Clerk of the court using the CM/ECF System which sends notification of such filing to United States Trustee and to all registered participants and by mail to all creditors who do not receive electronic notice as per attached master address list.

/s/**HOMEL MERCADO JUSTINIANO**
USDC- PR - 229705
Calle Ramírez Silva # 8
Ensanche Martínez
Mayagüez, PR 00680-4714
Telephone: (787) 831-2577/ 805 - 2945
Fax: (787) 805- 7350
Email: hmjlaw2@gmail.com

Yo María I. José Ramos, casada con Juan E. Mora ganaderos y vecinos de Arecibo, PR bajo juramento declaro lo siguiente:

EXHIBIT 1

① Soy ganadero con mi esposo Juan Mora Román con licencia de la ORIL 3242

② La vaquería está localizada en Barrio Cacovado, en Hatillo Puerto Rico, Carr. 493, km 2.1

③ Sufrimos los siguientes daños bajo el paso del huracán María:

   a) Vacas Muertas (5)
   b) Techos caídos, todos se cayeron
   c) Becerras muertas, (8)
   d) Vacas enfermas terminales (8)

④ Estoy sin alimento de vacas para ordeñar y llevo días sin alimento. El día 20 de septiembre de 2017, perdí todo el alimento y estuve hasta el 28 de septiembre de 2017 sin alimento.

⑤ Estoy sacando 700 litros diarios.

⑥ Estoy produciendo una cantidad de leche que no permite en el plan de pago

AFF. 1688

Firmado y suscrito por María I. José Ramos, a quien doy testimonio conocimiento personal. En Arecibo, Puerto Rico hoy 3 de [septi]embre de 2017.

17-A3634164



Label Matrix for local noticing
0104-3
Case 14-04676-MCF12
District of Puerto Rico
Old San Juan
Thu Oct  5 06:20:19 AST 2017

ORIENTAL BANK
PO BOX 195115
SAN JUAN, PR 00919-5115

US Bankruptcy Court District of P.R.
Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

LEE
PO Box 363508
San Juan, PR 00936-3508

Autoridad De Tierras De Puerto Rico
Oficina De Cuentas Por Cobrar
Apartado 9745
Santuirce, PR 00908-0745

Delgado & Fernandez, LLP
PO Box 11750
San Juan, PR 00910-2850

IRS
PO Box 7317
Philadelphia, PA  19101-7317

Oriental Bank & Trust
PO Box 195115
San Juan, PR 00919-5115

Treasury Department
PO Box 9022501
San Juan, PR 00902-2501

JUAN EDGARDO MORA ROMAN
PO BOX 1114
ARECIBO, PR 00613-1114

BANCO POPULAR PR SPECIAL LOANS
PO BOX 362708
SAN JUAN, PR 00936-2708

STATE INSURANCE FUND
WALLY DE LA ROSA VIDAL
PO BOX 365028
SAN JUAN, PR 00936-5028

Department of Treasury
Bankruptcy Section (424)
P.O. Box 9024140
San Juan PR 00902-4140

ANTONIO GARCIA TORRADO
RAMONA M MALDONADO
PO BOX 914
ARECIBO PR 00613-0914

Banco Popular De Puerto Rico
PO Box 362708
San Juan, PR   00936-2708

FEDERACION DE ASOC  PECUARIAS
ZONA PORTUARIA
PO BOX 2635 MALECON
MAYAGUEZ  PR 00681-2635

ISIDRO GARCIA TORRADO
CARMEN GLORIA GARCIA MORA
PO BOX 914
ARECIBO PR 00613-0914

Pan American Grain, Co. Inc.
P/C Arturo Gonzalez Martin
Ave. Muniz Marin C-6
Caguas, PR  00726

HOMEL MERCADO JUSTINIANO
8 CALLE RAMIREZ SILVA
ENSANCHE  MARTINEZ
MAYAGUEZ, PR 00680

MARIA INES JOVE RAMOS
PO BOX 1114
ARECIBO, PR 00613-1114

FEDERACION PECUARIAS DE PR INC
ONEILL & GILMORE PSC
CITY TOWERS SUITE 1701
252 PONCE DE LEON AVENUE
SAN JUAN, PR 00918-2019

TRIANGLE CAYMAN ASSET COMPANY
C/O CAPITAL CROSSING PUERTO RICO, LLC
221 PONCE DE LEON AVE. SUITE 1204
HATO REY, PR 00917-1806

AAA
PO Box 70101
San Juan, PR 00936-8101

Adm Alliance Nutricion Of PR. LLC
PO Box 908
Hatillo, PR 00659-0908

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC  28272-1083

HAYDEE GARCIA TORRADO
PO BOX 914
ARECIBO PR 00613-0914

ORIENTAL BANK
PO BOX 11750
FERNANDEZ JUNCOS STATION
SAN JUAN, PR 00910-2850

State Insurance Fund Corporation
PO Box 365028
San Juan,Puerto Rico  00936-5028

JOSE RAMON CARRION MORALES
PO BOX 9023884
SAN JUAN, PR 00902-3884

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Banco Popular de Puerto Rico  Special Loan         (d)TRIANGLE CAYMAN ASSET COMPANY                    (u)MARISTELLA SANCHEZ RODRIGUEZ
Migdalia Effie Guasp, Esq.                            C/O CAPITAL CROSSING PUERTO RICO, LLC
Special Loans Department (733)                        221 PONCE DE LEON AVE. SUITE 1204
P.O. Box 362708, San Juan, P.R. 00936-27              HATO REY, PR 00917-1806


End of Label Matrix
Mailable recipients   29
Bypassed recipients    3
Total                 32