## OFICINA REGLAMENTACION INDUSTRIA LECHERA
## RESUMEN LIQUIDACION AL GANADERO
## QUINCENA TERMINADA 12/13/17

| CONCEPTO | CUARTILLOS | PRECIO | VALOR |
|---|---|---|---|
| TOTAL CUOTA EN LIQUIDACION | 14,970,623 | | |
| | | | |
| Producción Recogida | 7,899,788 | | |
| TOTAL PRODUCCION | 7,899,788 | | |
| | | | |
| Menos: | | | |
| Leche Fresca Plantas[1] | 5,113,735 | $ 0.86000 | $ 4,397,812.10 |
| Leche Comedores[1] | 252,455 | $ 0.86000 | $ 217,111.30 |
| Leche Indulac UHT Local[1] | 1,695,023 | $ 0.86000 | $ 1,457,719.78 |
| Leche UHT Sin Lactosa[1] | 37,654 | $ 0.86000 | $ 32,382.44 |
| Crema Resultante (Indulac) | 76,539 | $ 0.90000 | $ 68,885.10 |
| Leche Decomisada en Ruta Pagada (Ganaderos no Responsables) | - | $ - | $ - |
| Leche Marcas Privadas | 157,136 | $ 0.61500 | $ 96,638.64 |
| Crema Resultante (Suiza Dairy, Corp. y Vaquería Tres Monjitas, Inc.) | 77,960 | $ 0.90000 | $ 70,164.00 |
| Leche Sustitución de Leche en Polvo | 195,176 | $ 0.41000 | $ 80,022.16 |
| Leche Fresca con Sabores[1] | 42,490 | $ 0.86000 | $ 36,541.40 |
| Leche Para Queso | 87,000 | $ 0.40000 | $ 34,800.00 |
| Leche UHT Para Exportación (Marca Pura) | 79,659 | $ 0.40000 | $ 31,863.60 |
| Leche UHT Para Exportación (Marca Indulac) | 84,961 | $ 0.40000 | $ 33,984.40 |
| Leche Decomisada en Ruta No Pagada (Ganaderos Responsables) | - | $ - | $ - |
| | | | |
| COSTO A LAS PLANTAS | 7,899,788 | $ 0.83014 | $ 6,557,924.92 |
| | | | |
| RETENCIONES REGLAMENTARIAS | | | |
| FFIL Aportaciones (Leche Fluida pagada a precio completo) | 7,141,357 | $ 0.00500 | $ 35,706.79 |
| FFIL Aportaciones (Crema Retenida) | 154,499 | $ 0.01000 | $ 1,544.99 |
| FFIL Aportaciones a Programas (Crema Retenida) | 154,499 | $ 0.01500 | $ 2,317.49 |
| Transporte Leche Cruda | 7,899,788 | $ 0.02500 | $ 197,494.70 |
| Fondo Especial de Financiamiento (Leche Fluida pagada a precio completo) | 7,141,357 | $ 0.00800 | $ 57,130.86 |
| Fondo Especial de Financiamiento (Crema Retenida) | 154,499 | $ 0.00800 | $ 1,235.99 |
| Sub-Total Retenciones | 7,899,788 | $ 0.03740 | $ 295,430.81 |
| | | | |
| RETENCIONES NO REGLAMENTARIAS | | | |
| Préstamo FEP, Inc. (OA 2017-26) (Leche Pagada) | 7,745,289 | $ 0.01200 | $ 92,943.47 |
| Préstamo FEP, Inc. (OA 2017-26) (Crema) | 154,499 | $ 0.01200 | $ 1,853.99 |
| SUB-TOTAL RETENCIONES (VOLUNTARIAS) | 7,899,788 | $ 0.01200 | $ 94,797.46 |
| | | | |
| Total Retenciones | 7,899,788 | $ 0.04940 | $ 390,228.26 |
| | | | |
| Sobrante Neto Para Liquidación | 7,899,788 | $ 0.78074 | $ 6,167,696.66 |
| | | | |
| Menos: Liquidación Sobre Cuota (No Pagada al ganadero) | - | $ - | $ - |
| Decomiso Antibiotico No Pagado | - | $ - | $ - |
| Sub-Total | 7,899,788 | $ 0.78074 | $ 6,167,696.66 |
| | | | |
| Disponible Para Liquidación | 7,899,788 | $ 0.78074 | $ 6,167,696.66 |
| | | | |
| Primer Nivel | 7,899,788 | $ 0.780742 | $ 6,167,696.66 |
| | | | |
| Total Liquidación (Con Retenciones Reglamentarias y No Reglamentarias) | 7,899,788 | $ 0.78074 | $ 6,167,696.66 |
| | | | |
| Ajustes Redondeo | | | $ 0.00 |
| Ajustes Periodo Anterior | | | |
| Sobrante (Deficit)[2] | | | $ 0.00 |

Notas: [1] Incluye Incentivo Gubernamental de 7.5 centavos para consumo de leche fluida.
[2] Incluye Reembolso por transporte de Leche Decomisada No Pagada.

Durante el periodo de liquidación terminado el 13 de diciembre de 2017, se produjeron 2,312 cuartillos por concepto de Sobre Cuota que serán pagados al precio ponderado de la leche, conforme a la Orden Administrativa 2017-30

| Nivel de Liquidación | Cuartillos Distribuidos | Factor Nivel |
|---|---|---|
| Primer Nivel | 7,899,788 | 105.5062500% |
| Segundo Nivel | | |
| Tercer Nivel | | |
| Cuarto Nivel | | |

| \ | OFICINA REGLAMENTACION INDUSTRIA LECHERA | | |
|---|---|---|---|
| | RESUMEN LIQUIDACION AL GANADERO | | |
| | QUINCENA TERMINADA 12/27/17 | | |
| CONCEPTO | CUARTILLOS | PRECIO | VALOR |
| TOTAL CUOTA EN LIQUIDACION | 15,012,665 | | |
| | | | |
| Producción Recogida | 7,325,676 | | |
| Producción Decomisada en Finca (Conforme OA 2017-36, 2017-39, 2017-41 y 2017-42) | 1,136,094 | | |
| TOTAL PRODUCCION | 8,461,770 | | |
| | | | |
| Menos: | | | |
| Leche Fresca Plantas[1] | 4,395,385 | $ 0.86000 | $ 3,780,031.10 |
| Leche Comedores[1] | 49,781 | $ 0.86000 | $ 42,811.66 |
| Leche Indulac UHT Local[1] | 1,918,376 | $ 0.86000 | $ 1,649,803.36 |
| Crema Resultante (Indulac) | 99,788 | $ 0.90000 | $ 89,809.20 |
| Leche Decomisada en Ruta Pagada (Ganaderos no Responsables) | 7,306 | $ 0.86000 | $ 6,283.16 |
| Leche Promoción FEM | 144,116 | $ 0.86000 | $ 123,939.76 |
| Leche Marcas Privadas | 318,207 | $ 0.61500 | $ 195,697.31 |
| Crema Resultante (Suiza Dairy, Corp. y Vaquería Tres Monjitas, Inc.) | 87,571 | $ 0.90000 | $ 78,813.90 |
| Leche Sustitución de Leche en Polvo | 148,094 | $ 0.41000 | $ 60,718.54 |
| Leche Fresca con Sabores[1] | 26,652 | $ 0.86000 | $ 22,920.72 |
| Leche Para Queso | 14,000 | $ 0.40000 | $ 5,600.00 |
| Leche UHT Para Exportación (Marca Pura) | 45,000 | $ 0.40000 | $ 18,000.00 |
| Leche UHT Para Exportación (Marca Indulac) | 69,000 | $ 0.40000 | $ 27,600.00 |
| Leche Decomisada en Finca (Conforme OA 2017-36, 2017-39, 2017-41 y 2017-42) | 1,136,094 | $ - | $ - |
| Leche Decomisada en Ruta No Pagada (Ganaderos Responsables) | 2,400 | $ - | $ - |
| | | | |
| COSTO A LAS PLANTAS[2] | 7,323,276 | $ 0.83324 | $ 6,102,028.71 |
| | | | |
| RETENCIONES REGLAMENTARIAS | | | |
| FFIL Aportaciones (Leche Fluida pagada a precio completo) | 6,397,500 | $ 0.00500 | $ 31,987.50 |
| FFIL Aportaciones (Crema Retenida) | 187,359 | $ 0.01000 | $ 1,873.59 |
| FFIL Aportaciones a Programas (Crema Retenida) | 187,359 | $ 0.01500 | $ 2,810.39 |
| Transporte Leche Cruda | 7,325,676 | $ 0.02500 | $ 183,141.90 |
| Leche Decomisada en Finca (Conforme OA 2017-36, 2017-39, 2017-41 y 2017-42) | 1,136,094 | $ - | $ - |
| Fondo Especial de Financiamiento (Leche Fluida pagada a precio completo) | 6,397,500 | $ 0.00800 | $ 51,180.00 |
| Fondo Especial de Financiamiento (Crema Retenida) | 187,359 | $ 0.00800 | $ 1,498.87 |
| Sub-Total Retenciones | 7,325,676 | $ 0.03720 | $ 272,492.25 |
| | | | |
| RETENCIONES NO REGLAMENTARIAS | | | |
| Préstamo FEP, Inc. (OA 2017-26) (Leche Pagada) | 6,991,801 | $ 0.01200 | $ 83,901.61 |
| Préstamo FEP, Inc. (OA 2017-26) (Crema) | 187,359 | $ 0.01200 | $ 2,248.31 |
| SUB-TOTAL RETENCIONES (VOLUNTARIAS) | 7,179,160 | $ 0.01200 | $ 86,149.92 |
| | | | |
| Total Retenciones | 7,325,676 | $ 0.04896 | $ 358,642.17 |
| | | | |
| Sobrante Neto Para Liquidación | 7,325,676 | $ 0.78401 | $ 5,743,386.54 |
| | | | |
| Menos: Liquidación Sobre Cuota (No Pagada al ganadero) | - | $ - | $ - |
| Decomiso Antibiotico No Pagado | 2,400 | $ - | $ - |
| Más: 'Leche Decomisada en Finca (Conforme OA 2017-36, 2017-39, 2017-41 y 2017-42) | 1,136,094 | $ - | $ - |
| | | | |
| Sub-Total | 8,459,370 | $ 0.67894 | $ 5,743,386.54 |
| | | | |
| Más: Dinero Resultante del Sobre Cuota (Orden Administrativa 2016-21) | | | $ - |
| Balance inicial Fondo de Sobre Cuota | | | $ - |
| Inyección de Dinero al Nivel de Ponderado de Otros Productos (Orden Administrativa 2016-21) | | | $ - |
| Inyección de Dinero por Financiamiento Huracán María (Préstamo FEP, Inc.) | | | $ - |
| Inyección de Dinero por Fondo Especial de Financiamiento | | | $ 262,706.16 |
| Balance Final Fondo de Sobre Cuota | | | $ - |
| | | | |
| Disponible Para Liquidación | 8,459,370 | $ 0.709993 | $ 6,006,092.70 |
| | | | |
| Primer Nivel | 8,459,370 | $ 0.710000 | $ 6,006,152.70 |
| | | | |
| Total Liquidación (Con Retenciones Reglamentarias y No Reglamentarias) | 8,459,370 | $ 0.71000 | $ 6,006,152.70 |
| | | | |
| Ajustes Redondeo | | | $ - |
| Ajustes Periodo Anterior | | | |
| Sobrante (Deficit)[3] | | | $ 0.00 |

Notas: [1] Incluye Incentivo Gubernamental de 7.5 centavos para consumo de leche fluida.
[2] Total de Costo Plantas no incluye los cuartillos decomisados en finca, ni Leche Decomisada en Ruta No Pagada (Ganaderos Responsables)
[3] Incluye Reembolso por transporte de Leche Decomisada No Pagada.

Los días 14, 21, 23, 24 y 27 de diciembre, no se recogió total o parcialmente leche en las vaquerías conforme a las Ordenes Administrativas 2017-36, 2017-39, 2017-41 y 2017-42 lo que provocó que 1,136,094 cuartillos fueran decomisados en las fincas (434,677 correspondiente a ganaderos de Vaquería Tres Monjitas, Inc. y 701,417 cuartillos correspondiente a ganaderos de Suiza Dairy, Corp.) durante el periodo de Liquidación terminado el 27 de diciembre de 2017.

| Nivel de Liquidación | Cuartillos Distribuidos | Factor Nivel |
|---|---|---|
| Primer Nivel | 8,459,370 | 114.4322034% |
| Segundo Nivel | | |
| Tercer Nivel | | |
| Cuarto Nivel | | |

## OFICINA REGLAMENTACION INDUSTRIA LECHERA
## RESUMEN LIQUIDACION AL GANADERO
## QUINCENA TERMINADA 01/10/18

| CONCEPTO | CUARTILLOS | PRECIO | VALOR |
|---|---|---|---|
| TOTAL CUOTA EN LIQUIDACION | 15,055,623 | | |
| | | | |
| Producción Recogida | 8,132,452 | | |
| Leche Decomisada en Plantas de Tratamiento (Indulac y Externos) | 305,061 | | |
| Producción Decomisada en Finca (Conforme OA 2017-45, 2017-46 y 2018-01) | 347,744 | | |
| **TOTAL PRODUCCION** | **8,785,257** | | |
| | | | |
| Menos: | | | |
| Leche Fresca Plantas[1] | 4,942,835 | $ 0.86000 | $ 4,250,838.10 |
| Leche Comedores[1] | 206,484 | $ 0.86000 | $ 177,576.24 |
| Leche Indulac UHT Local[1] | 2,166,974 | $ 0.86000 | $ 1,863,597.64 |
| Leche UHT Sin Lactosa[1] | 141,763 | $ 0.86000 | $ 121,916.18 |
| Crema Resultante (Indulac) | 94,374 | $ 0.90000 | $ 84,936.60 |
| Leche Decomisada en Ruta Pagada (Ganaderos no Responsables) | - | $ - | $ - |
| Leche Promoción FEM | 50,252 | $ 0.86000 | $ 43,216.72 |
| Leche Marcas Privadas | 32,566 | $ 0.61500 | $ 20,028.09 |
| Crema Resultante (Suiza Dairy, Corp. y Vaquería Tres Monjitas, Inc.) | 81,417 | $ 0.90000 | $ 73,275.80 |
| Leche Sustitución de Leche en Polvo | 175,616 | $ 0.33000 | $ 57,953.28 |
| Leche Fresca con Sabores[1] | 28,609 | $ 0.86000 | $ 24,603.74 |
| Leche Para Queso | 111,750 | $ 0.40000 | $ 44,700.00 |
| Leche UHT Para Exportación (Marca Pura) | 15,000 | $ 0.40000 | $ 6,000.00 |
| Leche UHT Para Exportación (Marca Indulac) | 84,812 | $ 0.40000 | $ 33,924.80 |
| Leche Decomisada en Plantas de Tratamiento (Indulac y Externos) | 305,061 | $ - | $ - |
| Leche Decomisada en Finca (Conforme OA 2017-45, 2017-46, y 2018-01) | 347,744 | $ - | $ - |
| Leche Decomisada en Ruta No Pagada (Ganaderos Responsables) | - | $ - | $ - |
| **COSTO A LAS PLANTAS[2]** | **8,132,452** | **$ 0.83647** | **$ 6,802,566.69** |
| | | | |
| RETENCIONES REGLAMENTARIAS | | | |
| FFIL Aportaciones (Leche Fluida pagada a precio completo) | 7,486,665 | $ 0.00500 | $ 37,433.33 |
| FFIL Aportaciones (Crema Retenida) | 175,791 | $ 0.01000 | $ 1,757.91 |
| FFIL Aportaciones a Programas (Crema Retenida) | 175,791 | $ 0.01500 | $ 2,636.87 |
| Transporte Leche Cruda | 8,437,513 | $ 0.02500 | $ 210,937.83 |
| Leche Decomisada en Finca (Conforme OA 2017-45, 2017-46 y 2018-01) | 347,744 | $ - | $ - |
| Fondo Especial de Financiamiento (Leche Fluida pagada a precio completo) | 7,486,665 | $ 0.00800 | $ 59,893.32 |
| Fondo Especial de Financiamiento (Crema Retenida) | 175,791 | $ 0.00800 | $ 1,406.33 |
| Costo Disposición Leche Decomisada en Planta de Tratamiento (Indulac) | 85,000 | $ 0.01500 | $ 1,275.00 |
| Costo Disposición Leche Decomisada en Planta de Tratamiento (Externo) | 220,061 | $ 0.05636 | $ 12,402.75 |
| **Sub-Total Retenciones** | **8,437,513** | **$ 0.03884** | **$ 327,743.32** |
| | | | |
| RETENCIONES NO REGLAMENTARIAS | | | |
| Préstamo FEP, Inc. (OA 2017-26) (Leche Pagada) | 7,906,409 | $ 0.01200 | $ 94,876.91 |
| Préstamo FEP, Inc. (OA 2017-26) (Crema) | 175,791 | $ 0.01200 | $ 2,109.49 |
| **SUB-TOTAL RETENCIONES (VOLUNTARIAS)** | **8,082,200** | **$ 0.01200** | **$ 96,986.40** |
| | | | |
| **Total Retenciones** | **8,437,513** | **$ 0.05034** | **$ 424,729.72** |
| | | | |
| **Sobrante Neto Para Liquidación** | **8,437,513** | **$ 0.75589** | **$ 6,377,836.97** |
| | | | |
| Menos: Liquidación Sobre Cuota (No Pagada al ganadero) | 4,773 | $ 0.29300 | $ 1,398.49 |
| Decomiso Antibiótico No Pagado | - | $ - | $ - |
| Más: Leche Decomisada en Plantas de Tratamiento (Indulac y Externos) | 305,061 | $ - | $ - |
| Más: Leche Decomisada en Finca (Conforme OA 2017-45, 2017-46, y 2018-01) | 347,744 | $ - | $ - |
| **Sub-Total** | **8,780,484** | **$ 0.72621** | **$ 6,376,438.48** |
| | | | |
| Más: Dinero Resultante del Sobre Cuota (Orden Administrativa 2016-21) | | | $ 1,398.49 |
| Balance inicial Fondo de Sobre Cuota | | | $ - |
| Inyección de Dinero al Nivel de Ponderado de Otros Productos (Orden Administrativa 2016-21) | | | $ - |
| Inyección de Dinero por Financiamiento Huracán María (Préstamo FEP, Inc.) | | | $ - |
| Inyección de Dinero por Fondo Especial de Financiamiento | | | $ - |
| Balance Final Fondo de Sobre Cuota | | | $ - |
| | | | |
| **Disponible Para Liquidación** | **8,780,484** | **$ 0.726365** | **$ 6,377,836.97** |
| | | | |
| **Primer Nivel** | **8,780,484** | **$ 0.726365** | **$ 6,377,836.97** |
| | | | |
| **Total Liquidación (Con Retenciones Reglamentarias y No Reglamentarias)** | **8,780,484** | **$ 0.726365** | **$ 6,377,836.97** |
| | | | |
| Ajustes Redondeo | | | $ 0.00 |
| Ajustes Periodo Anterior | | | |
| **Sobrante (Déficit)[3]** | | | **$ 0.00** |

Notas: [1] Incluye Incentivo Gubernamental de 7.5 centavos para consumo de leche fluida.

[2] Total de Costo Plantas no incluye los cuartillos decomisados en finca, Leche Decomisada en Plantas de Tratamiento (Indulac y Externos), ni Leche Decomisada en Ruta No Pagada (Ganaderos Responsables).

[3] Incluye Reembolso por transporte de Leche Decomisada No Pagada.

Conforme a las Ordenes Administrativas 2017-45, 2017-46, 2018-01, los días 30 y 31 de diciembre de 2017, y los días 2, 3, 4 y 9 de enero de 2018 se decomisaron 652,805 cuartillos (265,967 correspondiente a ganaderos de Vaquería Tres Monjitas, Inc. y 386,838 cuartillos correspondiente a ganaderos de Suiza Dairy, Corp.) de los cuales 347,744 fueron decomisados en finca y 305,061 cuartillos fueron decomisado en Plantas de Tratamiento.

| Nivel de Liquidación | Cuartillos Distribuidos | Factor Nivel |
|---|---|---|
| Primer Nivel | 8,780,484 | 100.0000000% |
| Segundo Nivel | | |
| Tercer Nivel | | |
| Cuarto Nivel | | |

## OFICINA REGLAMENTACION INDUSTRIA LECHERA
### RESUMEN LIQUIDACION AL GANADERO
### QUINCENA TERMINADA 01/24/18

| CONCEPTO | CUARTILLOS | PRECIO | VALOR |
|---|---|---|---|
| TOTAL CUOTA EN LIQUIDACION | 15,055,623 | | |
| | | | |
| Producción Recogida | 8,604,468 | | |
| Producción Leche No Recogida (Conforme OA 2018-03 y 2018-04) | 396,692 | | |
| TOTAL PRODUCCION | 9,001,160 | | |
| | | | |
| Menos: | | | |
| Leche Fresca Plantas[1] | 5,344,769 | $ 0.86000 | $ 4,596,501.34 |
| Leche Comedores[1] | 384,476 | $ 0.86000 | $ 330,649.36 |
| Leche Indulac UHT Local[1] | 2,093,311 | $ 0.86000 | $ 1,800,247.46 |
| Leche UHT Sin Lactosa[1] | 217,000 | $ 0.86000 | $ 186,620.00 |
| Crema Resultante (Indulac) | 68,724 | $ 0.90000 | $ 61,851.60 |
| Leche Marcas Privadas | 94,527 | $ 0.61500 | $ 58,134.11 |
| Crema Resultante (Suiza Dairy, Corp. y Vaquería Tres Monjitas, Inc.) | 126,156 | $ 0.90000 | $ 113,540.40 |
| Leche Sustitución de Leche en Polvo | 164,736 | $ 0.33000 | $ 54,362.88 |
| Leche Fresca con Sabores[1] | 31,769 | $ 0.86000 | $ 27,321.34 |
| Leche Para Queso | 46,000 | $ 0.40000 | $ 18,400.00 |
| Leche UHT Para Exportación (Marca Pura) | 33,000 | $ 0.40000 | $ 13,200.00 |
| Producción Leche No Recogida (Conforme OA 2018-03 y 2018-04) | 396,692 | $ - | $ - |
| Leche Decomisada en Ruta No Pagada (Ganaderos Responsables) | - | $ - | $ - |
| | | | |
| COSTO A LAS PLANTAS[2] | 8,604,468 | $ 0.84384 | $ 7,260,828.49 |
| | | | |
| RETENCIONES REGLAMENTARIAS | | | |
| FFIL Aportaciones (Leche Fluida pagada a precio completo) | 8,071,325 | $ 0.00500 | $ 40,356.63 |
| FFIL Aportaciones (Crema Retenida) | 194,880 | $ 0.01000 | $ 1,948.80 |
| FFIL Aportaciones a Programas (Crema Retenida) | 194,880 | $ 0.01500 | $ 2,923.20 |
| Transporte Leche Cruda | 8,604,468 | $ 0.02500 | $ 215,111.70 |
| Producción Leche No Recogida (Conforme OA 2018-03 y 2018-04) | 396,692 | $ - | $ - |
| Fondo Especial de Financiamiento (Leche Fluida pagada a precio completo) | 8,071,325 | $ 0.00800 | $ 64,570.60 |
| Fondo Especial de Financiamiento (Crema Retenida) | 194,880 | $ 0.00800 | $ 1,559.04 |
| Sub-Total Retenciones | 8,604,468 | $ 0.03794 | $ 326,469.97 |
| | | | |
| RETENCIONES NO REGLAMENTARIAS | | | |
| Préstamo FEP, Inc. (OA 2017-26) (Leche Pagada) | 8,409,588 | $ 0.01200 | $ 100,915.06 |
| Préstamo FEP, Inc. (OA 2017-26) (Crema) | 194,880 | $ 0.01200 | $ 2,338.56 |
| SUB-TOTAL RETENCIONES (VOLUNTARIAS) | 8,604,468 | $ 0.01200 | $ 103,253.62 |
| | | | |
| Total Retenciones | 8,604,468 | $ 0.04994 | $ 429,723.58 |
| | | | |
| Sobrante Neto Para Liquidación | 8,604,468 | $ 0.79390 | $ 6,831,104.90 |
| | | | |
| Menos: Liquidación Sobre Cuota (No Pagada al ganadero) | 3,563 | $ 0.29300 | $ 1,043.96 |
| Decomiso Antibiotico No Pagado | - | $ - | $ - |
| Más: 'Decomiso Finca Huracán | - | $ - | $ - |
| Más: 'Leche Decomisada en Finca (Conforme OA 2018-03 y 2018-04) | 396,692 | $ - | $ - |
| | | | |
| Sub-Total | 8,997,597 | $ 0.75910 | $ 6,830,060.95 |
| | | | |
| Más: Dinero Resultante del Sobre Cuota (Orden Administrativa 2016-21) | | | $ 1,043.96 |
| Balance inicial Fondo de Sobre Cuota | | | $ - |
| Inyección de Dinero al Nivel de Ponderado de Otros Productos (Orden Administrativa 2016-21) | | | $ - |
| Inyección de Dinero por Financiamiento Huracán María (Préstamo FEP, Inc.) | - | | $ - |
| Inyección de Dinero por Fondo Especial de Financiamiento | - | | $ - |
| Balance Final Fondo de Sobre Cuota | | | $ - |
| | | | |
| Disponible Para Liquidación | 8,997,597 | $ 0.759214 | $ 6,831,104.90 |
| | | | |
| Primer Nivel | 8,997,597 | $ 0.759214 | $ 6,831,104.94 |
| | | | |
| Total Liquidación (Con Retenciones Reglamentarias y No Reglamentarias) | 8,997,597 | $ 0.75921 | $ 6,831,104.94 |
| | | | |
| Ajustes Redondeo | | | $ 0.04 |
| Ajustes Periodo Anterior | | | |
| Sobrante (Deficit)[3] | | | $ (0.00) |

Notas: [1] Incluye Incentivo Gubernamental de 7.5 centavos para consumo de leche fluida.
[2] Total de Costo Plantas no incluye los cuartillos decomisados en finca, ni Leche Decomisada en Ruta No Pagada (Ganaderos Responsables)
[3] Incluye Reembolso por transporte de Leche Decomisada No Pagada.

Conforme a las Ordenes Administrativas 2018-03 y 2018-04, el día 12 de enero de 2018 se ordenó la suspensión del recogido de leche en las vaquerías el cual totalizó 396,692 cuartillos (92,809 correspondiente a ganaderos de Vaquería Tres Monjitas, Inc. y 303,883 cuartillos correspondiente a ganaderos de Suiza Dairy, Corp.).

| Nivel de Liquidación | Cuartillos Distribuidos | Factor Nivel |
|---|---|---|
| Primer Nivel | 8,997,597 | 100.0000000% |
| Segundo Nivel | | |
| Tercer Nivel | | |
| Cuarto Nivel | | |

## OFICINA REGLAMENTACION INDUSTRIA LECHERA
## RESUMEN LIQUIDACION AL GANADERO
## QUINCENA TERMINADA 02/07/18

| CONCEPTO | CUARTILLOS | PRECIO | VALOR |
|---|---|---|---|
| TOTAL CUOTA EN LIQUIDACION | 15,061,623 | | |
| | | | |
| Producción Recogida | 8,661,666 | | |
| Leche Decomisada en Plantas de Tratamiento | 581,121 | | |
| TOTAL PRODUCCION | 9,242,787 | | |
| | | | |
| Menos: | | | |
| Leche Fresca Plantas[1] | 5,360,205 | $ 0.86000 | $ 4,609,776.30 |
| Leche Comedores[1] | 452,597 | $ 0.86000 | $ 389,233.42 |
| Leche Indulac UHT Local[1] | 1,672,327 | $ 0.86000 | $ 1,438,201.22 |
| Leche UHT Sin Lactosa[1] | 179,796 | $ 0.86000 | $ 154,624.56 |
| Crema Resultante (Indulac) | 75,608 | $ 0.90000 | $ 68,047.20 |
| Leche Decomisada en Ruta Pagada (Ganaderos no Responsables) | 5,181 | $ 0.86000 | $ 4,455.66 |
| Leche Marcas Privadas | 417,866 | $ 0.61500 | $ 256,987.59 |
| Crema Resultante (Suiza Dairy, Corp. y Vaquería Tres Monjitas, Inc.) | 168,604 | $ 0.90000 | $ 151,743.60 |
| Leche Sustitución de Leche en Polvo | 146,160 | $ 0.33000 | $ 48,232.80 |
| Leche Fresca con Sabores[1] | 28,390 | $ 0.86000 | $ 24,415.40 |
| Leche Para Queso | 73,301 | $ 0.40000 | $ 29,320.40 |
| Leche UHT Para Exportación (Marca Indulac) | 75,000 | $ 0.40000 | $ 30,000.00 |
| Leche Decomisada en Plantas de Tratamiento (Externo) | 581,121 | $ - | $ - |
| Leche Decomisada en Ruta No Pagada (Ganaderos Responsables) | 6,631 | $ - | $ - |
| | | | |
| COSTO A LAS PLANTAS[2] | 8,655,035 | $ 0.83247 | $ 7,205,038.15 |
| | | | |
| RETENCIONES REGLAMENTARIAS | | | |
| FFIL Aportaciones (Leche Fluida pagada a precio completo) | 7,698,496 | $ 0.00500 | $ 38,492.48 |
| FFIL Aportaciones (Crema Retenida) | 244,212 | $ 0.01000 | $ 2,442.12 |
| FFIL Aportaciones a Programas (Crema Retenida) | 244,212 | $ 0.01500 | $ 3,663.18 |
| Transporte Leche Cruda | 9,242,787 | $ 0.02500 | $ 231,069.68 |
| Fondo Especial de Financiamiento (Leche Fluida pagada a precio completo) | 7,698,496 | $ 0.00800 | $ 61,587.97 |
| Fondo Especial de Financiamiento (Crema Retenida) | 244,212 | $ 0.00800 | $ 1,953.70 |
| Costo Disposición Leche Decomisada en Planta de Tratamiento (Externo) | 581,121 | $ 0.03656 | $ 21,243.82 |
| Sub-Total Retenciones | 9,242,787 | $ 0.03900 | $ 360,452.94 |
| | | | |
| RETENCIONES NO REGLAMENTARIAS | | | |
| Préstamo FEP, Inc. (OA 2017-26) (Leche Pagada) | 8,410,823 | $ 0.01200 | $ 100,929.88 |
| Préstamo FEP, Inc. (OA 2017-26) (Crema) | 244,212 | $ 0.01200 | $ 2,930.54 |
| SUB-TOTAL RETENCIONES (VOLUNTARIAS) | 8,655,035 | $ 0.01200 | $ 103,860.42 |
| | | | |
| Total Retenciones | 9,242,787 | $ 0.05024 | $ 464,313.36 |
| | | | |
| Sobrante Neto Para Liquidación | 9,242,787 | $ 0.72930 | $ 6,740,724.79 |
| | | | |
| Menos: Liquidación Sobre Cuota (No Pagada al ganadero) | 2,990 | $ 0.29300 | $ 876.07 |
| Decomiso Antibiotico No Pagado | 6,631 | $ - | $ - |
| Más: Leche Decomisada en Plantas de Tratamiento (Indulac y Externos) | 581,121 | $ - | $ - |
| | | | |
| Sub-Total | 9,233,166 | $ 0.72996 | $ 6,739,848.72 |
| | | | |
| Más: Dinero Resultante del Sobre Cuota (Orden Administrativa 2016-21) | | | $ 876.07 |
| Balance inicial Fondo de Sobre Cuota | | | $ - |
| Inyección de Dinero al Nivel de Ponderado de Otros Productos (Orden Administrativa 2016-21) | | | $ - |
| Inyección de Dinero por Financiamiento Huracán María (Préstamo FEP, Inc.) | | | $ - |
| Inyección de Dinero por Fondo Especial de Financiamiento | | | $ - |
| Balance Final Fondo de Sobre Cuota | | | $ - |
| | | | |
| Disponible Para Liquidación | 9,233,166 | $ 0.730056 | $ 6,740,724.79 |
| | | | |
| **Primer Nivel** | **9,233,166** | **$ 0.730074** | **$ 6,740,890.56** |
| | | | |
| Total Liquidación (Con Retenciones Reglamentarias y No Reglamentarias) | 9,233,166 | $ 0.730074 | $ 6,740,890.56 |
| | | | |
| Ajustes Redondeo | | | $ (0.01) |
| Ajustes Periodo Anterior | | | |
| Sobrante (Deficit)[3] | | | $ (0.00) |

Notas: [1] Incluye Incentivo Gubernamental de 7.5 centavos para consumo de leche fluida.

[2] Total de Costo Plantas no incluye los cuartillos decomisados en finca, Leche Decomisada en Plantas de Tratamiento (Interno y Externo), ni Leche Decomisada en Ruta No Pagada (Ganaderos Responsables)

[3] Incluye Reembolso por transporte de Leche Decomisada No Pagada.

Los días 1 y 2 de febrero se decomisaron 581,121 cuartillos descremados (109,386 cuartillos descremados de Vaquería Tres Monjitas, Inc. y 471,735 cuartillos descremados de Suiza Dairy, Corp.) en Plantas de Tratamiento.

| Nivel de Liquidación | Cuartillos Distribuidos | Factor Nivel |
|---|---|---|
| **Primer Nivel** | **9,233,166** | **100.000%** |
| Segundo Nivel | | |
| Tercer Nivel | | |
| Cuarto Nivel | | |

## OFICINA REGLAMENTACION INDUSTRIA LECHERA
## RESUMEN LIQUIDACION AL GANADERO
## QUINCENA TERMINADA 02/21/18

| CONCEPTO | CUARTILLOS | PRECIO | VALOR |
|---|---|---|---|
| **TOTAL CUOTA EN LIQUIDACION** | 15,061,623 | | |
| | | | |
| Producción Recogida | 9,420,542 | | |
| Leche Decomisada en Plantas de Tratamiento | 93,750 | | |
| **TOTAL PRODUCCION** | 9,514,292 | | |
| | | | |
| Menos: | | | |
| Leche Fresca Plantas[1] | 5,628,328 | $ 0.86000 | $ 4,840,362.08 |
| Leche Comedores[1] | 421,359 | $ 0.86000 | $ 362,368.74 |
| Leche Indulac UHT Local[1] | 1,864,163 | $ 0.86000 | $ 1,603,180.18 |
| Leche UHT Sin Lactosa[1] | 179,157 | $ 0.86000 | $ 154,075.02 |
| Crema Resultante (Indulac) | 94,422 | $ 0.90000 | $ 84,979.80 |
| Leche Decomisada en Ruta Pagada (Ganaderos no Responsables) | 44,002 | $ 0.86000 | $ 37,841.72 |
| Leche Marcas Privadas | 399,270 | $ 0.61500 | $ 245,551.05 |
| Crema Resultante (Suiza Dairy, Corp. y Vaqueria Tres Monjitas, Inc.) | 123,460 | $ 0.90000 | $ 111,114.00 |
| Leche Sustitución de Leche en Polvo | 225,636 | $ 0.33000 | $ 74,459.88 |
| Leche Fresca con Sabores[1] | 28,137 | $ 0.86000 | $ 24,197.82 |
| Leche Para Queso | 92,831 | $ 0.40000 | $ 37,132.40 |
| Leche Pre-Pasteurizada Exportación | 21,870 | $ 0.20000 | $ 4,374.00 |
| Leche UHT Para Exportación (Marca Pura) | 188,000 | $ 0.40000 | $ 75,200.00 |
| Leche UHT Para Exportación (Marca Indulac) | 107,000 | $ 0.40000 | $ 42,800.00 |
| Leche Decomisada en Plantas de Tratamiento (Externo) | 93,750 | $ - | $ - |
| Leche Decomisada en Ruta No Pagada (Ganaderos Responsables) | 2,907 | $ - | $ - |
| | | | |
| **COSTO A LAS PLANTAS[2]** | 9,417,635 | $ 0.81736 | $ 7,697,636.69 |
| | | | |
| RETENCIONES REGLAMENTARIAS | | | |
| FFIL Aportaciones (Leche Fluida pagada a precio completo) | 8,165,146 | $ 0.00500 | $ 40,825.73 |
| FFIL Aportaciones (Crema Retenida) | 217,882 | $ 0.01000 | $ 2,178.82 |
| FFIL Aportaciones a Programas (Crema Retenida) | 217,882 | $ 0.01500 | $ 3,268.23 |
| Transporte Leche Cruda | 9,514,292 | $ 0.02500 | $ 237,857.30 |
| Fondo Especial de Financiamiento (Leche Fluida pagada a precio completo) | 8,165,146 | $ 0.00500 | $ 40,825.73 |
| Fondo Especial de Financiamiento (Crema Retenida) | 217,882 | $ 0.00500 | $ 1,089.41 |
| Costo Disposición Leche Decomisada en Planta de Tratamiento (Externo) | 93,750 | $ 0.03656 | $ 3,427.18 |
| **Sub-Total Retenciones** | 9,514,292 | $ 0.03463 | $ 329,472.40 |
| | | | |
| RETENCIONES NO REGLAMENTARIAS | | | |
| FEP, Inc. Gastos Operacionales (Leche Fluida pagada a precio completo) | 8,165,146 | $ 0.00300 | $ 24,495.44 |
| Préstamo FEP, Inc. (OA 2017-26) (Leche Pagada) | 9,199,753 | $ 0.01200 | $ 110,397.04 |
| Préstamo FEP, Inc. (OA 2017-26) (Crema) | 217,882 | $ 0.01200 | $ 2,614.58 |
| **SUB-TOTAL RETENCIONES (VOLUNTARIAS)** | 9,417,635 | $ 0.01460 | $ 137,507.06 |
| | | | |
| **Total Retenciones** | 9,514,292 | $ 0.04908 | $ 466,979.46 |
| | | | |
| **Sobrante Neto Para Liquidación** | 9,514,292 | $ 0.75998 | $ 7,230,657.23 |
| | | | |
| Menos: Liquidación Sobre Cuota (No Pagada al ganadero) | 12,959 | $ 0.16300 | $ 2,112.32 |
| Decomiso Antibiotico No Pagado | 2,907 | $ - | $ - |
| Más: Leche Decomisada en Plantas de Tratamiento (Indulac y Externos) | 93,750 | $ - | $ - |
| **Sub-Total** | 9,498,426 | $ 0.76103 | $ 7,228,544.91 |
| | | | |
| Más: Dinero Resultante del Sobre Cuota (Orden Administrativa 2016-21) | | | $ 2,112.32 |
| Balance Inicial Fondo de Sobre Cuota | | | $ - |
| Inyección de Dinero al Nivel de Ponderado de Otros Productos (Orden Administrativa 2016-21) | | | $ - |
| Inyección de Dinero por Financiamiento Huracán María (Préstamo FEP, Inc.) | | | $ - |
| Inyección de Dinero por Fondo Especial de Financiamiento | | | $ - |
| Balance Final Fondo de Sobre Cuota | | | $ - |
| | | | |
| **Disponible Para Liquidación** | 9,498,426 | $ 0.761248 | $ 7,230,657.23 |
| | | | |
| Primer Nivel | 6,490,898 | $ 0.783875 | $ 5,088,051.95 |
| Segundo Nivel | 3,007,528 | $ 0.71244 | $ 2,142,677.95 |
| | | | |
| **Total Liquidación** (Con Retenciones Reglamentarias y No Reglamentarias) | 9,498,426 | $ 0.761256 | $ 7,230,729.90 |
| | | | |
| Ajustes Redondeo | | | $ (0.01) |
| Ajustes Periodo Anterior | | | |
| **Sobrante (Deficit)[3]** | | | $ (0.00) |

Notas: [1] Incluye Incentivo Gubernamental de 7.5 centavos para consumo de leche fluida.

[2] Total de Costo Plantas no incluye los cuartillos decomisados en finca, Leche Decomisada en Plantas de Tratamiento (Interno y Externo), ni Leche Decomisada en Ruta No Pagada (Ganaderos Responsables)

[3] Incluye Reembolso por transporte de Leche Decomisada No Pagada.

El 21 de febrero se decomisaron 93,750 cuartillos descremados (93,750 cuartillos descremados de Suiza Dairy, Corp.) en Plantas de Tratamiento.

| Nivel de Liquidación | Cuartillos Distribuidos | Factor Nivel |
|---|---|---|
| **Primer Nivel** | 6,490,898 | 45.51615% |
| Segundo Nivel | 3,007,528 | 54.48385% |
| Tercer Nivel | | |
| Cuarto Nivel | | |

## OFICINA REGLAMENTACION INDUSTRIA LECHERA
## RESUMEN LIQUIDACION AL GANADERO
### QUINCENA TERMINADA 03/07/18

| CONCEPTO | CUARTILLOS | PRECIO | VALOR |
|---|---|---|---|
| TOTAL CUOTA EN LIQUIDACION | 15,112,486 | | |
| | | | |
| Producción Recogida | 8,806,807 | | |
| Leche Decomisada en Plantas de Tratamiento | 854,704 | | |
| TOTAL PRODUCCION | 9,661,511 | | |
| | | | |
| Menos: | | | |
| Leche Fresca Plantas[1] | 5,422,340 | $ 0.86000 | $ 4,663,212.40 |
| Leche Comedores[1] | 455,348 | $ 0.86000 | $ 391,599.28 |
| Leche Indulac UHT Local[1] | 1,204,810 | $ 0.86000 | $ 1,036,136.60 |
| Leche UHT Sin Lactosa[1] | 241,092 | $ 0.86000 | $ 207,339.12 |
| Crema Resultante (Indulac) | 63,742 | $ 0.90000 | $ 57,367.80 |
| Leche Decomisada en Ruta Pagada (Ganaderos no Responsables) | - | $ - | $ - |
| Leche Marcas Privadas | 531,271 | $ 0.61500 | $ 326,731.67 |
| Crema Resultante (Suiza Dairy, Corp. y Vaqueria Tres Monjitas, Inc.) | 199,672 | $ 0.90000 | $ 179,704.80 |
| Leche Sustitución de Leche en Polvo | 142,008 | $ 0.33000 | $ 46,862.64 |
| Leche Fresca con Sabores[1] | 29,113 | $ 0.86000 | $ 25,037.18 |
| Leche Para Queso | 64,428 | $ 0.40000 | $ 25,771.20 |
| Leche UHT Saborizadas[1] | 37,000 | $ 0.86000 | $ 31,820.00 |
| Leche Pre-Pasteurizada Exportación | 225,572 | $ 0.20000 | $ 45,114.40 |
| Leche UHT Para Exportación (Marca Pura) | 100,000 | $ 0.40000 | $ 40,000.00 |
| Leche UHT Para Exportación (Marca Indulac) | 90,411 | $ 0.40000 | $ 36,164.40 |
| Leche Decomisada en Plantas de Tratamiento (Interno) | 14,744 | $ - | $ - |
| Leche Decomisada en Plantas de Tratamiento (Externo) | 839,960 | $ - | $ - |
| Leche Decomisada en Ruta No Pagada (Ganaderos Responsables) | - | $ - | $ - |
| | | | |
| COSTO A LAS PLANTAS[2] | 8,806,807 | $ 0.80765 | $ 7,112,861.49 |
| | | | |
| RETENCIONES REGLAMENTARIAS | | | |
| FFIL Aportaciones (Leche Fluida pagada a precio completo) | 7,389,703 | $ 0.00500 | $ 36,948.52 |
| FFIL Aportaciones (Crema Retenida) | 263,414 | $ 0.00500 | $ 1,317.07 |
| FFIL Aportaciones a Programas (Crema Retenida) | 263,414 | $ - | $ - |
| Transporte Leche Cruda | 9,661,511 | $ 0.02500 | $ 241,537.78 |
| Fondo Especial de Financiamiento (Leche Fluida pagada a precio completo) | 7,389,703 | $ 0.00500 | $ 36,948.52 |
| Fondo Especial de Financiamiento (Crema Retenida) | 263,414 | $ - | $ - |
| Costo Disposición Leche Decomisada en Planta de Tratamiento (Interno) | 14,744 | $ 0.01250 | $ 184.30 |
| Costo Disposición Leche Decomisada en Planta de Tratamiento (Externo) | 839,960 | $ 0.03656 | $ 30,706.10 |
| Sub-Total Retenciones | 9,661,511 | $ 0.03598 | $ 347,642.27 |
| | | | |
| RETENCIONES NO REGLAMENTARIAS | | | |
| FEP, Inc. Gastos Operacionales (Leche Fluida pagada a precio completo) | 7,389,703 | $ 0.00300 | $ 22,169.11 |
| Préstamo FEP, Inc. (OA 2017-26) (Leche Pagada) | 8,543,393 | $ 0.01200 | $ 102,520.72 |
| Préstamo FEP, Inc. (OA 2017-26) (Crema) | 263,414 | $ 0.01200 | $ 3,160.97 |
| SUB-TOTAL RETENCIONES (VOLUNTARIAS) | 8,806,807 | $ 0.01452 | $ 127,850.79 |
| | | | |
| Total Retenciones | 9,661,511 | $ 0.04922 | $ 475,493.07 |
| | | | |
| Sobrante Neto Para Liquidación | 9,661,511 | $ 0.68699 | $ 6,637,368.42 |
| | | | |
| Menos: Liquidación Sobre Cuota (No Pagada al ganadero) | 10,135 | $ 0.16300 | $ 1,652.01 |
| Decomiso Antibiotico No Pagado | - | $ - | $ - |
| Más: Leche Decomisada en Plantas de Tratamiento (Interno y Externos) | 854,704 | $ - | $ - |
| | | | |
| Sub-Total | 9,651,376 | $ 0.68754 | $ 6,635,716.41 |
| | | | |
| Más: Dinero Resultante del Sobre Cuota (Orden Administrativa 2016-21) | | | $ 1,652.01 |
| Balance inicial Fondo de Sobre Cuota | | | $ - |
| Inyección de Dinero al Nivel de Ponderado de Otros Productos (Orden Administrativa 2016-21) | | | $ - |
| Inyección de Dinero por Financiamiento Huracán María (Préstamo FEP, Inc.) | | | $ - |
| Inyección de Dinero por Fondo Especial de Financiamiento | | | $ 130,000.00 |
| Balance Final Fondo de Sobre Cuota | | | $ - |
| | | | |
| Disponible Para Liquidación | 9,651,376 | $ 0.701182 | $ 6,767,368.42 |
| | | | |
| Primer Nivel | 6,854,899 | $ 0.737078 | $ 5,052,594.88 |
| Segundo Nivel | 2,796,477 | $ 0.61319 | $ 1,714,773.69 |
| | | | |
| Total Liquidación (Con Retenciones Reglamentarias y No Reglamentarias) | 9,651,376 | $ 0.701182 | $ 6,767,368.57 |
| | | | |
| Ajustes Redondeo | | | $ 0.15 |
| Ajustes Periodo Anterior | | | |
| Sobrante (Deficit)[3] | | | $ 0.00 |

Notas: [1] Incluye Incentivo Gubernamental de 7.5 centavos para consumo de leche fluida.

[2] Total de Costo Plantas no incluye los cuartillos decomisados en finca, Leche Decomisada en Plantas de Tratamiento (Interno y Externo), ni Leche Decomisada en Ruta No Pagada (Ganaderos Responsables).

[3] Incluye Reembolso por transporte de Leche Decomisada No Pagada.

Durante el periodo de liquidación terminado el 7 de marzo de 2018, un total de 854,704 cuartillos descremados se decomisaron en plantas de tratamientos (724,695 cuartillos descremados por Suiza Dairy, Corp. y 130,009 cuartillos descremados por Vaqueria Tres Monjitas, Inc.)

| Nivel de Liquidación | Cuartillos Distribuidos | Factor Nivel |
|---|---|---|
| Primer Nivel | 6,854,899 | 47.97801% |
| Segundo Nivel | 2,796,477 | 52.02199% |
| Tercer Nivel | | |
| Cuarto Nivel | | |

# OFICINA REGLAMENTACION INDUSTRIA LECHERA
## RESUMEN LIQUIDACION AL GANADERO
### QUINCENA TERMINADA 03/21/18

| CONCEPTO | CUARTILLOS | PRECIO | VALOR |
|---|---|---|---|
| TOTAL CUOTA EN LIQUIDACION | 15,176,096 | | |
| | | | |
| Producción Recogida | 9,552,401 | | |
| Leche Decomisada en Plantas de Tratamiento | 265,636 | | |
| TOTAL PRODUCCION | 9,818,037 | | |
| | | | |
| Menos: | | | |
| Leche Fresca Plantas[1] | 5,848,903 | $ 0.86000 | $ 5,030,056.58 |
| Leche Comedores[1] | 508,005 | $ 0.86000 | $ 436,884.30 |
| Leche Indulac UHT Local[1] | 1,355,054 | $ 0.86000 | $ 1,165,346.44 |
| Leche UHT Sin Lactosa[1] | 237,990 | $ 0.86000 | $ 204,671.40 |
| Crema Resultante (Indulac) | 71,510 | $ 0.90000 | $ 64,359.00 |
| Leche Decomisada en Ruta Pagada (Ganaderos no Responsables) | - | $ - | $ - |
| Leche Marcas Privadas | 367,286 | $ 0.61500 | $ 225,880.89 |
| Crema Resultante (Suiza Dairy, Corp. y Vaqueria Tres Monjitas, Inc.) | 165,747 | $ 0.90000 | $ 149,172.30 |
| Leche Sustitución de Leche en Polvo | 249,356 | $ 0.33000 | $ 82,287.48 |
| Leche Fresca con Sabores[1] | 59,192 | $ 0.86000 | $ 50,905.12 |
| Leche Para Queso | 99,210 | $ 0.40000 | $ 39,684.00 |
| Leche Pre-Pasteurizada Exportación | 416,148 | $ 0.20000 | $ 83,229.60 |
| Leche UHT Para Exportación (Marca Pura) | 100,000 | $ 0.40000 | $ 40,000.00 |
| Leche UHT Para Exportación (Marca Indulac) | 74,000 | $ 0.40000 | $ 29,600.00 |
| Leche Decomisada en Plantas de Tratamiento (Interno) | - | $ - | $ - |
| Leche Decomisada en Plantas de Tratamiento (Externo) | 265,636 | $ - | $ - |
| Leche Decomisada en Ruta No Pagada (Ganaderos Responsables) | - | $ - | $ - |
| | | | |
| COSTO A LAS PLANTAS[2] | 9,552,401 | $ 0.79583 | $ 7,602,077.11 |
| | | | |
| RETENCIONES REGLAMENTARIAS | | | |
| FFIL Aportaciones (Leche Fluida pagada a precio completo) | 8,009,144 | $ 0.00500 | $ 40,045.72 |
| FFIL Aportaciones (Crema Retenida) | 237,257 | $ 0.00500 | $ 1,186.29 |
| Transporte Leche Cruda | 9,818,037 | $ 0.02500 | $ 245,450.93 |
| Fondo Especial de Financiamiento (Leche Fluida pagada a precio completo) | 8,009,144 | $ 0.00500 | $ 40,045.72 |
| Costo Disposición Leche Decomisada en Planta de Tratamiento (Interno) | - | $ - | $ - |
| Costo Disposición Leche Decomisada en Planta de Tratamiento (Externo) | 265,636 | $ 0.03656 | $ 9,710.75 |
| Sub-Total Retenciones | 9,818,037 | $ 0.03427 | $ 336,439.40 |
| | | | |
| RETENCIONES NO REGLAMENTARIAS | | | |
| FEP, Inc. Gastos Operacionales (Leche Fluida pagada a precio completo) | 8,009,144 | $ 0.00300 | $ 24,027.43 |
| Préstamo FEP, Inc. (OA 2017-26) (Leche Pagada) | 9,315,144 | $ 0.01200 | $ 111,781.73 |
| Préstamo FEP, Inc. (OA 2017-26) (Crema) | 237,257 | $ 0.01200 | $ 2,847.08 |
| SUB-TOTAL RETENCIONES (VOLUNTARIAS) | 9,552,401 | $ 0.01452 | $ 138,656.24 |
| | | | |
| Total Retenciones | 9,818,037 | $ 0.04839 | $ 475,095.65 |
| | | | |
| Sobrante Neto Para Liquidación | 9,818,037 | $ 0.72591 | $ 7,126,981.46 |
| | | | |
| Menos: Liquidación Sobre Cuota (No Pagada al ganadero) | 11,303 | $ 0.16300 | $ 1,842.39 |
| Decomiso Antibiotico No Pagado | - | $ - | $ - |
| Más: Leche Decomisada en Plantas de Tratamiento (Interno y Externos) | 265,636 | $ - | $ - |
| | | | |
| Sub-Total | 9,806,734 | $ 0.72656 | $ 7,125,139.07 |
| | | | |
| Más: Dinero Resultante del Sobre Cuota (Orden Administrativa 2016-21) | | | $ 1,842.39 |
| Balance Inicial Fondo de Sobre Cuota | | | $ - |
| Inyección de Dinero al Nivel de Ponderado de Otros Productos (Orden Administrativa 2016-21) | | | $ - |
| Inyección de Dinero por Financiamiento Huracán María (Préstamo FEP, Inc.) | | | $ - |
| Inyección de Dinero por Fondo Especial de Financiamiento | | | $ - |
| Balance Final Fondo de Sobre Cuota | | | $ - |
| | | | |
| Disponible Para Liquidación | 9,806,734 | $ 0.726744 | $ 7,126,981.46 |
| | | | |
| Primer Nivel | 7,021,167 | $ 0.769191 | $ 5,400,619.65 |
| Segundo Nivel | 2,785,567 | $ 0.61975 | $ 1,726,361.80 |
| | | | |
| Total Liquidación (Con Retenciones Reglamentarias y No Reglamentarias) | 9,806,734 | $ 0.726744 | $ 7,126,981.45 |
| | | | |
| Ajustes Redondeo | | | $ (0.01) |
| Ajustes Periodo Anterior | | | |
| Sobrante (Deficit)[3] | | | $ 0.00 |

Notas: [1] Incluye Incentivo Gubernamental de 7.5 centavos para consumo de leche fluida.

[2] Total de Costo Plantas no incluye los cuartillos decomisados en finca, Leche Decomisada en Plantas de Tratamiento (Interno y Externo), ni Leche Decomisada en Ruta No Pagada (Ganaderos Responsables).

[3] Incluye Reembolso por transporte de Leche Decomisada No Pagada.

Durante el periodo de liquidación terminado el 21 de marzo de 2018, un total de 265,636 cuartillos descremados se decomisaron en plantas de tratamientos (descremados por Suiza Dairy, Corp.).

| Nivel de Liquidación | Cuartillos Distribuidos | Factor Nivel |
|---|---|---|
| Primer Nivel | 7,021,167 | 48.99927% |
| Segundo Nivel | 2,785,567 | 51.00073% |
| Tercer Nivel | | |
| Cuarto Nivel | | |

 

06 de abril de 2018

**COMPORTAMIENTO DE LA INDUSTRIA PARA EL PERIODO CONCLUIDO EL 04 DE ABRIL DE 2018**

Estimado Ganadero:

A continuación el análisis del comportamiento de la liquidación del pago al Ganadero y de las transacciones de cuota para la catorcena que cubre desde el jueves **22** de **marzo** al miércoles **04** de **abril** 201**8**.

### Análisis de los factores de liquidación

Los mercados se comportaron de la siguiente manera:

| Concepto / Producto | Total de cuartillos destinados | Factor de liquidación | Aumento (Disminución) vs. Liquidación Anterior | $ Neto por cuartillo |
|---|---|---|---|---|
| **Cuota disponible** | 15,150,096 | 100% | (26,000) | |
| Leche Fresca Plantas | 5,738,079 | 37.875 | (110,824) | $ 0.810 |
| Leche Fresca Prog. Comedores | 291,550 | 5.081 | (216,455) | $ 0.810 |
| Crema fluida | 188,672 | 1.245 | 22,925 | $ 0.858 |
| Leche fresca con sabores | 45,842 | 0.303 | (13,350) | $ 0.810 |
| Sustitución de leche en polvo | 221,272 | 1.461 | (28,084) | $ 0.293 |
| Leche decomisada en plantas, no pagada | 763,472 | 5.039 | 573,508 | $ 0.178150 |
| **SUBTOTAL NIVEL 1** | **7,248,887** | **47.847** | **227,720** | **$ 0.728919** |
| Leche UHT mercado local | 1,855,603 | 12.248 | 500,549 | $ 0.810 |
| Leche pagada, pero decomisada | 10,965 | 0.072 | 10,965 | $ 0.810 |
| Leche UHT sin lactosa | - | 0.000 | (237,990) | $ 0.810 |
| Leche UHT con sabores | - | 0.000 | - | $ 0.810 |
| Crema fluida | 67,433 | 0.445 | (4,077) | $ 0.833 |
| Co-empaque FEP, Inc. | 21,647 | 0.143 | (345,639) | $ 0.578 |
| Leche para mantecado | - | 0.000 | - | $ 0.463 |
| Leche para evaporada | - | 0.000 | - | $ 0.363 |
| Leche para queso | 62,652 | 0.414 | (36,558) | $ 0.363 |
| Leche UHT para exportación | 228,500 | 1.508 | 54,500 | $ 0.363 |
| Leche tratamiento térmico, exportación | 199,890 | 1.319 | (204,955) | $ 0.163 |
| Leche decomisada en plantas, no pagada | 290,297 | 1.916 | 214,625 | $ 0.178150 |
| **SUBTOTAL NIVEL 2** | **2,736,987** | **18.066** | **(48,580)** | **$ 0.64868** |
| Leche sobre cuota (tratamiento térmico), no pagada | 19,282 | 0.1273 | 7,979 | $ 0.163 |
| Leche decomisada en ruta, no pagada | 1,194 | 0.0079 | 1,194 | $ - |
| **SUBTOTAL NO PAGADO** | **20,476** | **0.1352** | **9,173** | **$ -** |
| **TOTAL** | **10,006,350** | **66.048** | **188,313** | **$ 0.706926** |

Un total de 266 vaquerías entregaron un total de 10,006,350 cuartillos de leche cruda a las Plantas Elaboradoras, esto es equivalente al 66.048 % del total de la cuota disponible. De estos se decomisaron un total de 1,053,769 cuartillos de leche cruda en plantas de tratamiento de la AAA e internas. A su vez, ORIL distribuyó el total de cuartillos decomisados a razón de 763,472 cuartillos en el primer nivel (Plantas de Leche Fresca) y 290,297 en el segundo nivel (Indulac). Estos cuartillos luego de las retenciones de transporte de leche y disposición en planta de tratamiento de la AAA, tuvieron un rendimiento de $ 0.17815 / cuartillo, **ya que ORIL inyectó $250,000 del Fondo Especial de Financiamiento para aumentar el rendimiento por cuartillo y cubrir los costos de transportación y disposición de la leche decomisada.**

Las Plantas Elaboradoras retuvieron para venta de leche fresca, programa institucional de comedores escolares y leche fresca con sabores, crema, sustitución de leche en polvo y canalización de leche decomisada en plantas de tratamiento de la AAA un total de 7,248,887 cuartillos para un factor de 47.847 % del total de la cuota, factor que aumentó a un 50.687 % de la cuota del Ganadero con la redistribución de ésta. Toda esta leche se liquidó en un Primer Nivel en un ponderado de $0.728919 por cuartillo, luego de los descuentos por concepto retenciones reglamentarias de la ORIL, retenciones no reglamentarias aprobadas por la ORIL y el costo de disponer de la leche decomisada en plantas de tratamiento de la AAA. Por otro lado, si comparamos la liquidación estrictamente entre la retención de las Plantas Elaboradoras de Leche Fresca (incluyendo el decomiso asignado por ORIL) y el total de la leche cruda producida por el Sector Ganadero, este factor se ubica en un 72.44 % del total de la leche.

Indulac recibió y manejo un total de 2,736,987 cuartillos de leche cruda para la elaboración de leche UHT en todas sus variedades, crema para elaborar mantequilla, co-empaque para el Sector de Leche, leche de exportación y canalización de leche decomisada en plantas de tratamiento de la AAA e internas. Esto significa que Indulac manejó el 27.52 % del total de la leche producida. Esta leche se liquidó en un ponderado con un rendimiento por cuartillo de $0.64868, neto de retenciones.

En este periodo hubo 19,282 cuartillos de leche cruda producida sobre la cuota autorizada y 1,194 decomisados por no cumplir con las parámetros de calidad de la leche Grado A. Estos totalizaron 20,476 cuartillos, los cuales no fueron incluidos en la liquidación pagada a los Ganaderos. El promedio ponderado de los dos niveles pagados al Ganadero fue de $0.706926 por cuartillo de leche entregado a las Plantas Elaboradoras e Indulac.

**Transacciones de cuota**

El comportamiento de las ventas de cuota para el periodo que cubrió del jueves 22 de marzo al miércoles 04 de abril 2018 fue el siguiente:

| Periodo finalizado | Transacciones de Venta de Cuota | Cuartillos Vendido | Precio Mínimo | Precio Máximo |
|---|---|---|---|---|
| 4-Abr-2018 | 0 | 0 | N / A | N / A |

Espero que esta información sea de beneficio y te permita tomar mejores decisiones de negocios en el futuro cercano.

Quedo a tus órdenes;

Agro. Julio César Meléndez Morales, MS
Director Departamento Desarrollo Agropecuario